# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Mark N Moskowitz, et al.

                               Plaintiff,

v.                                               Case No.: 1:21−cv−05338
                                                       Honorable Franklin U. Valderrama

Alliant Insurance Services, Inc.

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 10, 2021:

      MINUTE entry before the Honorable Franklin U. Valderrama: The Court denies Plaintiff's motion for leave to file document under seal [16] without prejudice because Plaintiff's counsel has failed to indicate in the title and the body of the motion whether the motion is opposed or unopposed. Pursuant to the Court's Standing Order, "[b]efore filing a motion, the movant's counsel must ask opposing counsel whether there is an objection to the motion. Whether the motion is opposed or unopposed should be so identified in the title and body of the motion." By 12/17/2021, Plaintiff's counsel may file another motion for leave to file document under seal and in that motion Plaintiff's counsel must indicate in the title and the body of the motion whether the motion is opposed or unopposed. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.